**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**JASON DUNN**                                                            **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 5:18-cv-46-DCB-MTP**

**MANAGEMENT & TRAINING CORPORATION,** *et al.*          **DEFENDANTS**

## ORDER AMENDING CASE MANAGEMENT DEADLINES

THIS MATTER is before the Court following a telephonic conference with the parties. For good cause shown, the Court finds that the case management deadlines should be extended as follows:

1. The Plaintiff's expert designation deadline is extended to April 5, 2019.

2. The Defendants' expert designation deadline is extended to April 26, 2019.

3. The discovery deadline is extended to May 17, 2019.

4. The motions deadline is extended to May 31, 2019.

5. The dates of the pre-trial conference and trial setting remain as previously set. All other provisions of the Case Management Order [17] remain in effect.

SO ORDERED, this the 20th day of March, 2019.

                                                     s/Michael T. Parker
                                                     United States Magistrate Judge