**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JASON DUNN,**                                                                                          **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO. 5:18-CV-46-DCB-MTP**

**MANAGEMENT & TRAINING CORPORATION,
and JOHN AND JANE DOES 1-100,**                                                **DEFENDANTS**

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

---

As evidenced by the signatures below, Plaintiff Jason Dunn ("Plaintiff") and Defendant Management & Training Corporation ("Defendant") have resolved their disputes forming the basis of this litigation. As a result, Plaintiff's claims and Complaint against Defendant are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's claims and Complaint against Defendant are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

SO ORDERED, this the <u>23rd</u> day of <u> May </u>, 2019.

<u>s/David Bramlette</u>               
UNITED STATES DISTRICT JUDGE

44911367-1

AGREED AND APPROVED:

*/s/ Lawrence M. Coco, III*
James M. Priest, Jr. (MSB No. 99352)
Gill Ladner & Priest, PLLC
344 Highway 51, Second Floor
Ridgeland, Mississippi  39157
Phone: (601) 352-5700
jamie@glplawfirm.com
*Attorneys for Plaintiff*


*/s/ R. Jarrad Garner*
R. Jarrad Garner (MSB No. 99584)
ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone:     601-353-3234
Facsimile:     601-355-9708
jarrad.garner@arlaw.com
*Attorneys for Defendant*